# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| DISH Network Service L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Brian Laducer, et al., | ) | |
| | ) | Case No. 4:12-cv-058 |
| Defendants. | ) | |

Before the court is plaintiff's motion for attorneys Pantelis Michalopoulos and John J. Duffy to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys attorneys Pantelis Michalopoulos and John J. Duffy have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, plaintiff's motion (Docket Nos. 5 and 6) are **GRANTED**. Attorneys Pantelis Michalopoulos and John J. Duffy are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2012.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge