# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Dish Network Service LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING SETTLEMENT** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Brian Laducer and Hon. Madonna | ) | |
| Marcellais, in her official capacity as | ) | |
| Chief Judge of the Turtle Mountain Band | ) | |
| of Chippewa Indians Tribal Court, and | ) | |
| Presiding Judge in Brian Laducer v. DISH | ) | |
| Network LLC, Civil Action No. 09-10122, | ) | |
| | ) | |
| Defendants. | ) | Case No. 4:12-cv-058 |

**IT IS ORDERED:**

A settlement conference will be held before the magistrate judge on August 14, 2012, at 9:00 a.m. at the U.S. Courthouse located in Bismarck, North Dakota (courtroom #2).

The conference shall be attended by counsel for each party. The parties may submit a confidential settlement statement to the undersigned via fax (701-530-2325), e-mail ([ndd_J-Miller@ndd.uscourts.gov](mailto:ndd_J-Miller@ndd.uscourts.gov)), or mail (P.O. Box 670, Bismarck, North Dakota 58502-0670) prior to the settlement conference. These statement shall not become a part of the file of the case, but shall be for the exclusive use of the Court in preparing for and conducting the settlement conference.

Dated this 10th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge